UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-3431**

PENNSYLVANIA PRISON SOCIETY,
                                                    Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA

**ORDER**

The above-captioned petition for review is hereby transferred to the United States Court of Appeals for the District of Columbia Circuit in accordance with the order of the United States Judicial Panel on Multidistrict Litigation entered December 30, 2025.

For the Court,

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit. Clerk

Dated: January 2, 2026
Sb/cc:   All Counsel of Record